UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stacy Jo Whitaker,   Case No. 3:22-cv-922

        Plaintiff,

v.   MEMORANDUM OPINION
AND ORDER

Commissioner of Social Security,

        Defendant.

Before me is the Report and Recommendation ("R & R") of Magistrate Judge Jonathan D. Greenberg filed on November 22, 2022. (Doc. No. 15). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

Following review of Judge Greenberg's R & R, I adopt it in its entirety as the Order of the Court. I agree that the ALJ failed to discuss the relevant objective evidence *supporting* Plaintiff's impairments in focus, concentration, and memory. Because I cannot determine whether this evidence was discounted or simply overlooked, I cannot meaningfully review the ALJ's decision and conclude whether it is supported by substantial evidence. Therefore, as recommended by Judge

Greenberg, the ALJ's decision is reversed, and the matter is remanded for further proceedings consistent with Judge Greenberg's R & R.

    So Ordered.

s/ Jeffrey J. Helmick  
United States District Judge
